**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**YEISA MONTILLA,**

**Plaintiff,**

**-v-**

**CITIZENS BANK, N.A., UNITED RECOVERY and REMARKETING, LLC d/b/a UNITED NATIONWIDE RECOVERY, LLC, and ISLAND RECOVERY SOLUTIONS, INC.,**

**Defendants.**

**Civil Case Number: 1:26-cv-03212-RA**

**[PROPOSED] DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 6, 2026, Stipulation of Dismissal, all claims asserted against Defendants in Civil Action No. **1:26-cv-03212-RA**, are dismissed with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 9th **day of November 2026.**

HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE